H attyJONATHAN O. PENA
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Enriqueta Vega De Cendejas,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-02616-KES-GSA<br><br>MOTION FOR EXTENSION OF TIME |

Plaintiff respectfully moves for an extension of time to file the PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT . Plaintiff's current deadline is July 13, 2026. Plaintiff requests an additional 7 days, up to and including July 20, 2026, to file the brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This request is made in good faith and not for the purpose of delay. For the weeks of July 13, 2026 2026 and July 20, 2026, Plaintiff's Counsel has thirteen merit briefs due and three reply briefs due. Counsel requires additional time due to multiple overlapping briefing deadlines in other Social Security matters pending

before the Court and before the administrative agency. The additional time will allow counsel to fully develop and present the issues for the Court's consideration.

Plaintiff's counsel attempted to contact Defendant's counsel to obtain a stipulation for this extension but did not receive a response in time to file a joint request.

This is Plaintiff's first request for an extension in this matter. Plaintiff apologizes to the Court for any inconvenience and respectfully requests that the Court grant the requested extension.

Respectfully submitted,

Dated: July 13, 2026 PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ JONATHAN O. PENA*
JONATHAN O. PENA
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Enriqueta Vega De Cendejas,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-02616-KES-GSA<br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Plaintiff's Motion for an extension of time, it is ORDERED that that Plaintiff shall have an extension of time, from July 13, 2026 to July 20, 2026, for Plaintiff to serve on Defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **July 13, 2026** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE